# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

In re:

Howard Aubrey Hawkins, Jr.              Case No. 14-61923-RBC
                                        Chapter 13
                Debtor

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the Debtor, Howard Aubrey Hawkins, Jr., by and through his proposed Substitute Counsel, John P. Goetz, Esquire, of the law office of John Goetz Law, PLC, pursuant to Local Bankruptcy Rule 2091-1, and he hereby moves this Honorable Court to enter an order allowing his previous attorney, John C. Morgan, Jr., Esquire, to withdraw as his counsel, and to substitute in his place John P. Goetz, Esquire, to act as his Substitute Counsel of Record in this pending matter. In support of this Motion the Debtor states as follows:

1. The Debtor filed a bankruptcy through his present attorney, John C. Morgan, Jr., on October 6, 2014, in the Western District of Virginia.

2. Present counsel for the Debtor and proposed Substitute Counsel for the Debtor, Howard Aubrey Hawkins, Jr., have conferred and they believe that it is in his best interest that John Goetz Law, PLC assume responsibility as his counsel in this matter because the primary counsel in his matter was and is James M. McMinn, Esquire, who has left the employ of John Carter Morgan, Jr., PLLC and is now employed by John Goetz Law, PLC.

3. The Debtor, Howard Aubrey Hawkins, Jr., has conferred with his new counsel, John P. Goetz, and the Debtor has developed a confidence that a change in counsel is in his best interest.

4. The Debtor has consented to this Motion by his electronic endorsement hereto and to the Order for Substitution of Counsel.

5. Any outstanding attorney fees to be paid by the Chapter 13 trustee shall be paid in accordance with the proposed consent order, which shall be endorsed by current Counsel, Substitute Counsel and the Chapter 13 Trustee.

WHEREFORE, and for the foregoing reasons, the Debtor, Howard Aubrey Hawkins, Jr., prays that this motion be granted.

HOWARD AUBREY HAWKINS, JR.
By Counsel

/s/ John P. Goetz
John P. Goetz, VSB # 78514
John Goetz Law, PLC
75 West Lee Street, Suite 104
Warrenton, Virginia 20186
Tel: (540) 359-6605
Fax: (540) 359-6610
john@johngoetzlaw.com

I consent:

/s/ Howard Aubrey Hawkins, Jr.
Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of July, 2016, this Motion has been conveyed by mailing or through CM/ECF to the Debtor, John C. Morgan, Jr., Esquire, Herbert L. Beskin, Chapter 13 Trustee, and to the Office of the United States Trustee, 210 First Street, Suite 505, Roanoke, Virginia 24011.

/s/ John P. Goetz
John P. Goetz