THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| IN RE: William Oliver Payne, Jr. | \| | Case No. 14-51190-RBC |
| Melissa Ann DeDominico-Payne | \| | Chapter 13 |
| Debtors | | |

---

## NOTICE OF HEARING ON APPLICATION BY JOHN GOETZ LAW, PLC
## FOR SUPPLEMENTAL COMPENSATION

On application of the Debtors in the above-entitled case, notice is hereby given of the hearing on Debtors' Application for Supplemental Compensation, which is scheduled to be held on the 1st day of February, 2017 at 9:30 a.m. at the United States Bankruptcy Court, Harrisonburg, Courtroom, 3rd Floor, U.S. Courthouse, 116 N. Main Street, Harrisonburg, VA 22802.

Respectfully submitted,

JOHN GOETZ LAW, PLC

  /s/ John P. Goetz
JOHN GOETZ LAW, PLC
John P. Goetz, VSB # 78514
James M. McMinn, VSB # 84728
86 West Shirley Avenue
Warrenton, VA 20186
(540) 359-6605
(FAX) 359-6610
*Counsel for the Debtors*

### CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2017, a true copy of the foregoing Notice of Application by John Goetz Law, PLC for Supplemental Compensation was mailed, via first class postage paid, or served via the CM/ECF system, to Herbert L. Beskin, Chapter 13 Trustee and to the Debtors.

  /s/ John P. Goetz
John P. Goetz VSB # 78514

THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
**Harrisonburg Division**

IN RE: William Oliver Payne, Jr. | Case No. 14-51190-RBC
Melissa Ann DeDominico-Payne | Chapter 13
Debtors

## APPLICATION FOR SUPPLEMENTAL COMPENSATION

COMES NOW your applicant, John Goetz Law, PLC, counsel for the Debtors herein, who hereby applies for unpaid supplemental attorney's fees, in the amount of $250.00, regarding a Motion to Incur New Debt filed and Order Approving (see Docket #49). Work performed on behalf of the Debtors includes:

1. Discussion of the matter with Debtors;
2. Preparing and Filing Notice of Hearing and Motion to Incur New Debt;
3. Discussion of Motion with Trustee, gaining authorization to submit an Order Approving the Motion to Incur New Debt without attending a hearing.

WHEREFORE, the Court is respectfully requested to enter an Order approving the payment of $250.00 to the undersigned counsel.

Dated this 3rd Day of January, 2017.

/s/ John P. Goetz
JOHN GOETZ LAW, PLC
John P. Goetz, VSB # 78514
James M. McMInn, VSB # 84728
86 West Shirley Avenue
Warrenton, VA 20186
(540) 359-6605
(FAX) 359-6610
*Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2017, I certify that a true copy of the foregoing Notice and Application was sent via first-class mail, postage prepaid, to the Debtors and via CM/ECF system to the Trustee.

/s/ John P. Goetz
John P. Goetz VSB # 78514